April 10, 2007

Mr. Frederick F. Hoelke
Law Offices of Frederick F. Hoelke
26545 IH10 West Ste 100
Boerne, TX 78006

Mr. David Michael Scott
Zimmerman, Axelrad, Meyer, Stern & Wise, P.C.
3040 Post Oak Blvd, 13th Floor
Houston, TX 77056-6560
Mr. Robert L. Harris
Shannon, Gracey, Ratliff & Miller, L.L.P.
500 North Akard Street, Suite 2500
Dallas, TX 75201

RE: Case Number: 06-1010
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE STEVEN E. LOOPER, INDIVIDUALLY, ET AL.

Dear Counsel:

 The Multidistrict Litigation Panel issued the enclosed opinion in the
above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Multidistrict Litigation Panel |
| |(via email) |